UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Installed Building Products, LLC</u>

        v.                              Civil No. 07-cv-115-JL

<u>Jeffrey P. Jones, et al.</u>

### O R D E R

On July 17, 2007, Judge Paul J. Barbadoro issued an Agreed Order. Paragraph 10 of that order provided that so long as no action concerning enforcement of the terms of the Agreed Order were pending, the order would expire on September 14, 2008. Also at that time, the matter would be dismissed with prejudice and the court's file closed.

In following up on this Order, plaintiff's counsel has notified the Court that this case can now be closed.

It is herewith ordered that this case is dismissed with prejudice and the Clerk's Office shall close the case.

SO ORDERED.

October 8, 2008                                   */s/ Joseph N. Laplante*
                                                   Joseph N. Laplante
                                                   United States District Judge

cc:    H. Jonathan Meyers, Esq.
        Jeffrey Lauderdale, Esq.
        W. Eric Baisden, Esq.
        Andrew Froman, Esq.
        Jeffrey Winchester, Esq.
        Thomas Gage, Esq.